IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

LOUIS DAVID BROWN

VS.                                          CIVIL ACTION NO. 2:05cv131-KS-MTP

CHRISTOPHER B. EPPS, ET AL

ORDER ACCEPTING MAGISTRATE JUDGE'S
RECOMMENDATION AND DISMISSING MOTION AS MOOT

On this date this Court considered the Report and Recommendations of Magistrate Judge
Michael T. Parker filed August 21, 2006, in regard to the Motion for TRO filed by Plaintiff Louis
David Brown.

The Motion for TRO requests that Plaintiff be separated from a guard at SMCI named
Lieutenant Kenneth Stanley.  Plaintiff seeks injunctive relief in the form of a transfer to another
prison facility.  Since the filing of the motion the Plaintiff has been transferred from SMCI, Unit
7, Leakesville, Mississippi to Unit 29-K, Parchman, Mississippi, as shown on docket entry [38]
indicating change of address as of February 6, 2006.  The Magistrate recommends that the
Motion for Temporary Restraining Order be denied as moot.  This Court hereby adopts the
Proposed Findings and Recommendation that this motion should be denied as moot:

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the Motion
for TRO is denied as moot.

SO ORDERED AND ADJUDGED on this, the 13th day of September, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE